318

No. 38880.—Protests 709294–G, etc., of Johnson Bros. et al. (Baltimore, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38881.—Protests 712757–G, etc., of Accounting & Tabulating Machine Corp. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 38882.—Protest 826833–G/10691 of Uddo Taormina Corporation (New Orleans).

Opinion by KEEFE, J. It was stipulated that 24 large tins of peeled tomatoes were short shipped. The protest was accordingly sustained.

No. 38883.—Protests 919909–G, etc., of Rev. Georges E. Poirier et al. (Portland, Maine).

Opinion by KEEFE, J. As there was nothing in the record to sustain the claims made the protests were overruled.

BEFORE THE SECOND DIVISION, JUNE 24, 1938

No. 38884.—Protests 354069–G, etc., of Nathan Schreiber, Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of hats or hoods in part of braids the same as those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 38885.—Protest 454460–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37230 the claim at 60 percent under paragraph 31 was sustained.

No. 38886.—Protest 992991 of E. Stegemann, Jr. (New York).

Opinion by TILSON, J. The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.